# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156198(95)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellant,

v

ALPHONSO L. STRAUGHTER, JR.,
　　　　　Defendant-Appellee.
_____/

SC:  156198
COA:  328956
Wayne CC:  15-000755-FC

　　　　On order of the Chief Justice, the motion of James Dayson to file a brief amicus curiae brief is DENIED without prejudice to Mr. Dayson submitting a proposed brief amicus curiae within 21 days of the date of this order, along with a new motion asking the Court to accept the brief.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk